No. 11–4866–cv.

United States Court of Appeals, Second Circuit.

Nov. 15, 2012.

Elizabeth G. QUATTRONE, Plaintiff–Appellant,

v.

ERIE 2 CHAUTAUQUA CATTARAUGUS BOARD OF COOPERATIVE EDUCATIONAL SERVICES, together with Board members Linda Hoffman, Ronald Catalano, Jerome Brown, Thomas Dejoe, Anne Ehrlich, R. Michael Krause, Joanne Martin, Anita Ray, Nancy Renckens, Susan Russo, Lorie Sabo, and David Van Wormer, in their individual and official capacities, Defendants–Appellees,

Chautauqua Lake Central School District, together with Board of Education members Randy Henderson, Pam Perdue, Jay Baker, Deborah Cross Fuller, David Foster, Timothy Hull, and Kim Weborg–Benson, in their individual and official capacities, Defendants–Appellees,

Jason L. Schmidt, Fredonia, NY, for Appellant.

Joseph S. Brown (Adam W. Perry, on the brief), Hodgson Russ LLP, Buffalo, NY, for Appellees.

PRESENT: DENNIS JACOBS, Chief Judge, JON O. NEWMAN, and REENA RAGGI, Circuit Judges.

### *SUMMARY ORDER*

Elizabeth Quattrone appeals from the judgment of the United States District Court for the Western District of New York (Curtin, *J.*), granting summary judgment in favor of defendants-appellees. We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review. For the reasons stated in the district court's February 20, 2012, decision, we AFFIRM the district court's grant of summary judgment in favor of all defendants.